eral for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–9088. NEAL *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, 515 U. S. 1141.] Motion for appointment of counsel granted, and it is ordered that Donald Thomas Bergerson, Esq., of San Francisco, Cal., be appointed to serve as counsel for petitioner in this case.

No. 95–5906. ATTWOOD *v.* SMITH ET AL. Sup. Ct. Fla.; and
No. 95–5907. ATTWOOD *v.* PALM BEACH POST ET AL. Dist. Ct. App. Fla., 4th Dist. Motions of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until November 27, 1995, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 95–6392. IN RE CAMYN. Petition for writ of habeas corpus denied.

No. 95–5910. IN RE SACK. Petition for writ of mandamus denied.

No. 95–5905. IN RE O'LEARY. Petition for writ of mandamus and/or prohibition denied.

No. 95–210. HOLLY FARMS CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari granted limited to Question 5 presented by the petition.

No. 95–5257. ORNELAS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 95–5661. MELENDEZ *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 95–88. EDWARDS *v.* DEPARTMENT OF THE INTERIOR. C. A. 10th Cir. Certiorari denied.